IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.   GARY BARNETT,

    Defendant.

---

# ORDER

---

    The Court has considered Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 891], filed September 30, 2013.  After a review of the file and the motion, it is hereby

    ORDERED that Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 891], filed September 30, 2013, is **GRANTED.**  It is further

    ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

    Dated:  October 15, 2013.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE