IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00045-WYD-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GARY BARNETT,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, GARY BARNETT, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Terminal Island, in San Pedro, California, on December 17, 2013, by 12:00 noon, and will travel at his own expense.

    DATED at Denver, Colorado, this 19th day of November, 2013.

        BY THE COURT:

        s/ Wiley Y. Daniel
        _____
        WILEY Y. DANIEL
        Senior United States District Judge