IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Action No. 12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.  GARY BARNETT**,

    Defendant.

___

**ORDER**
___

THIS MATTER is before the Court on defendant, Gary Barnett's, *pro se* Motion For Clarification [ECF No. 1078].

Barnett requests clarification regarding payment of his $100.00 special assessment fee, which I imposed upon judgment.  *See* ECF No. 936, p. 5.  Barnett states that he paid the $100.00 special assessment in full.  Barnett states that representatives from the Bureau of Prisons ("BOP") deducted two separate $25.00 payments from his inmate trust account because according to BOP's records, the special assessment is unpaid.  Barnett further states that the BOP requests a receipt evidencing that the special assessment is paid in full.

On Monday, July 28, 2014, the Clerk's Office notified me that Barnett paid the special assessment in full on Wednesday, November 20, 2013.  Therefore, any deduction from Barnett's inmate trust account on or after that date regarding the special assessment was improper.  Accordingly, it is

- 2 -

ORDERED that Barnett's Motion For Clarification [ECF No. 1078] is **GRANTED**. It is

FURTHER ORDERED that the BOP **SHALL FORTHWITH DEPOSIT** $50.00 into Barnett's inmate trust account to reimburse him for the improper withdrawal of two separate $25.00 payments.

Dated: July 28, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge